File Hashes for IP Address 98.228.246.179

**ISP:** Comcast Cable
**Physical Location:** **Schaumburg, IL**

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/24/2013 23:18:38 | BCACC3C596F61D418DCFD40F511DF324A5C658C5 | Daydream |
| 04/29/2013 04:19:14 | 342A537B70374A243DB97806AE925E1D0FCB5D5C | Enchanting Real Orgasms |
| 03/10/2013 22:36:57 | A3D2E44E922CAF5F39268A88B58B47905B81AD19 | Warm Inside |
| 01/11/2013 00:20:43 | BA772D1708E497F0BBD02ACE6BCD94F0E9C30255 | Wild at Heart |
| 01/10/2013 14:13:39 | 3025C3C96E2D5F0040B2C9FE3C5CB5E23C6364C5 | Like The First Time |
| 01/10/2013 13:57:29 | 84DF61C0821FC2E4525D53A1F5881E7062D23081 | Vacation Fantasy |
| 01/10/2013 12:52:51 | D0D25FF441CCA44878105702C5103A008D971E07 | California Dreams |
| 01/10/2013 12:51:03 | B7286F32B83441E36A9715EBC101246E96CB8933 | Mutual Orgasm |
| 01/10/2013 10:56:17 | 9A465180B317F8E850BFDB02944572052C698948 | Then They Were Three |
| 01/10/2013 02:49:08 | 83467C4AC0B4202F94B287CC2F0A2B38A2F65B6D | Unbelievably Beautiful |
| 01/10/2013 02:41:59 | 02312D8D94B08A2FEDA7BA75A519716CCC853E00 | Transcendence |
| 01/08/2013 03:35:42 | 3AEAD30860E67B0289FD0E00D66686EFD2A47F8B | Sneak N Peek |
| 01/07/2013 13:11:53 | E79BCB2FF8A18F6E3D2FA74C3449A4897793C32E | House of the Rising Sun |
| 01/07/2013 13:09:20 | FEE0951776B039AA1D66710CC3CFFE9B4BC1FC62 | MaryJane Young Love |
| 01/07/2013 13:05:43 | 04217E97AE4EE422D6E245BC3BA4D6044F5889E2 | Black Lingerie Bliss |
| 01/07/2013 13:05:27 | 1FC3858F32FA7F2BFC2653B405163457F8A1AE06 | Farewell |
| 01/07/2013 10:18:07 | A02A594B813042B26EA21CCF7432E668E5C9EDFF | After Hours |
| 01/07/2013 09:52:57 | BBC1392962F0E36C358C30B1C3DDE6240E17D5ED | Breakfast in Bed |
| 01/07/2013 06:55:46 | 17241F84734F6DD196B5B13C976EDAE10303F314 | Leila Last Night |
| 01/07/2013 06:48:49 | 8A26C32F2DC1A4279BDCC9FEB57F82D0B9EF3CC4 | Starting Over |
| 01/07/2013 02:10:38 | 69D168DEFECB0211795B7D1F94BFC2FDCB7B56DE | Wet Dream |

EXHIBIT A

NIL126

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/07/2013 02:06:32 | B2ACACE083518D8DDAA1D9C351FBA137DCCF4435 | Holiday in Spain |
| 01/07/2013 01:46:42 | 8124B47DA90C6ADDB802F0A113AE263BC5A80547 | Romantic Memories |
| 01/07/2013 01:32:33 | AC94A2D8DC09FCA7FD4873BE84CBFC3CBF4095B8 | Soul Mates |
| 01/07/2013 00:13:36 | 1C9706DD03DB5929ACB31308A663E0BB804EAE89 | Lovers Quarrel |
| 01/07/2013 00:12:29 | 9754A449E3E4E0E37B8464C2303A0629C06C88BC | Lunchtime Fantasy |
| 01/07/2013 00:03:21 | AD9D5D369D361B01A730E584ACE23CC59E1BBDD6 | Heart and Soul |
| 01/06/2013 22:12:56 | BA20D8B033C704E8ED71057633A272ED716E0BD5 | Sunday Afternoon |
| 01/06/2013 21:56:26 | F5B963A5A444FF21A2E834F935923C54966CCF7D | Carmen An Afternoon to Remember |
| 01/06/2013 18:57:11 | 3DA5344A0E67A6B950F8419A3D21906DA1EFEC1E | Little Lover |
| 01/06/2013 18:28:36 | 96B36DEF9E8E2B9A815329BD8AE19D7A408729DA | Young and Hot |
| 01/06/2013 18:12:06 | ABB4D875A7302BB7E9F1FE3F73070F86C1F970AA | Strawberry Blonde |
| 01/06/2013 17:58:32 | 9160EC016F56278F0A90E3EA1E881A52D43DF933 | Coucher Avec une Autre Fille |
| 01/06/2013 17:57:28 | B51532456C6D1736DCC6C373CC72682E6FD0BD88 | Naughty and Nice |
| 01/06/2013 17:53:58 | 5FF38F17D048238249FC46A7EC1E62692C70E27E | The Rich Girl Part #2 |
| 01/06/2013 17:44:43 | BA23078533CCBE4BCF265D99A9E6DE3420120683 | One Night Stand |
| 01/06/2013 17:28:48 | 7254D128AF302C25C973DFBA0C15AEE70A03E525 | Blonde Ambition |
| 01/05/2013 04:40:14 | ACB73794C4DF7F794D83E8A9ED212A8D0CD29012 | Miss Perfect |
| 01/04/2013 20:36:16 | 90E692A0ACFEB631698F4FFCEACACD140C38891C | Loving Angels |

**Total Statutory Claims Against Defendant: 39**

EXHIBIT A

NIL126