**Expanded Surveillance of IP Address 98.228.246.179**

**ISP:** Comcast Cable
**Location:** **Schaumburg, IL**

| Hit Date UTC | Filename |
|---|---|
| 08/06/2013 | **Falling Skies S03 HDTV [Atilla82]** |
| 08/02/2013 | **Longmire.2x03.HDTV.Xvid.Mp3.[4].[SBT].avi** |
| 08/02/2013 | **World War Z.(2013).DVDRip.AC3 - SPARKS** |
| 07/27/2013 | **Evil Dead (2013) [1080p]** |
| 07/27/2013 | **The Place Beyond the Pines (2012)** |
| 07/27/2013 | **SILVER LININGS DVDRIP EDAW2013** |
| 07/27/2013 | **Trance 2013 LIMITED 720p BRRip x264 AC3-JYK** |
| 07/26/2013 | **Met-Art Siterip full 2013-02** |
| 07/26/2013 | **Man of Steel (2013).BdRip-YESK** |
| 07/26/2013 | **you.may.not.kiss.the.bride.2011.dvdrip.xvid.gold.avi** |
| 07/25/2013 | **Just Chillin' @ Smooth's Zone** |
| 07/25/2013 | **X-Art - Daydream - Diana [1080p].wmv** |
| 07/25/2013 | **X-Art Mega pack all 720p** |
| 07/24/2013 | **TeenModels - Double The Pleasure - Willa [1080p].mp4** |
| 07/24/2013 | **LeaderTask 7.6.3.rar** |
| 07/24/2013 | **Olli - Teasing In Her Nightie [HotLegsAndFeet.com and DDFProd.com - 27.06.2013] 1080p*.mp4** |
| 07/24/2013 | **AMUR 2010-2012** |
| 07/23/2013 | **Nuru Massage â€" Imani Rose** |
| 07/23/2013 | **Nubiles.13.06.28.Olli.Ecstasy.XXX.720p.WMV-KTR** |
| 07/23/2013 | **The Thing (2011) DVDScR-XviD [Nicv]** |
| 07/23/2013 | **Olli - Sultry Tease [Nubiles.net - 30.06.2013] 720p.wmv** |
| 07/23/2013 | **The.Little.Mermaid.3D.HD.EXTENDED.[1080p].avi** |
| 07/23/2013 | **Tyler Perrys Temptation (2013).HDCAM XviD-FOX** |
| 07/23/2013 | **[ www.Torrenting.com ] - Shane.Delias.Spice.Journey.S01E06.PDTV.x264-RTA** |
| 07/23/2013 | **Lockout .2012 DVDRip XviD AC3- 26K** |
| 07/23/2013 | **She.Plays.A.Mean.Rusty.Trombone.2.XXX.DVDRip.x264-UPPERCUT[rarbg]** |
| 07/23/2013 | **True Blood S05 E08 Somebody That I Used to Know HDTV.XviD-AFG** |
| 07/23/2013 | **instagram for windows.exe** |
| 07/10/2013 | **`` Nuru Massage PACK - Partial SiteRIP August 2012 [part 2] ``** |
| 07/10/2013 | **Massage You'd always seek [Nuru Massage]** |
| 07/10/2013 | **Otkrytiye.35-go.Moskovskogo.mezhdunarodnogo.kinofestivalya.(2013).HDTV.1080i.by.Roumek.ts** |
| 07/10/2013 | **`` Nuru Massage PACK - Partial SiteRIP August 2012 [part 1] ``** |
| 07/03/2013 | **Zoliboy.Pola.Sunshine.Blow.Me.XXX.pornalized.mp4** |
| 07/03/2013 | **TeenPornStorage - Sweet Teen - Albina [720p].wmv** |
| 07/03/2013 | **www.bitreactor.to_Das.Bourne.Ultimatum.R5.Line.Dubbed.German.XviD-VCF** |
| 07/02/2013 | **The.Great.Gatsby.FRENCH.BRRiP.XViD-720p** |
| 07/02/2013 | **red-tie-cum_high_full_nodrm.wmv** |
| 07/02/2013 | **thecompanyourkeepdvdr.Ganool.com.mkv** |
| 07/02/2013 | **Microsoft SQL Server 2012 Enterprise Edition with Service Pack 1-KOPiE** |
| 07/02/2013 | **Claude VonStroke and Justin Martin - The Essential Selection (21-12-2012)** |
| 07/01/2013 | **rzr-skrm** |

EXHIBIT C

NIL126

| Hit Date UTC | Filename |
|---|---|
| 06/30/2013 | FemJoy.com_13.06.13.Johanna.D.Stay.XXX.IMAGESET-FuGLi[rarbg] |
| 06/30/2013 | 3DXStar Brooklyn Lee Special After Party.mp4 |
| 06/30/2013 | media.player.codec.pack.v4.2.8.setup.rar |
| 06/29/2013 | FemJoy.com_13.06.13.Ela.L.Premiere.XXX.IMAGESET-FuGLi[rarbg] |
| 06/29/2013 | Mama.2013.DVDRiP.mp4 |
| 06/24/2013 | Aziz, Khalid - Step-by-step Guide to Indian Cooking |
| 06/22/2013 | Legion - Secret Origin (2011) |
| 06/22/2013 | Met-Art.com_13.06.07.Annett.A.Kefaret.XXX.iMAGESET-P4L[rarbg] |
| 06/22/2013 | Met-Art.13.06.18.Divina.A.Liriope.XXX.1080p.x264-GAGViD[rarbg] |
| 06/22/2013 | 18OnlyGirls.PACK5.XXX.720p.WMV-KTR |
| 06/22/2013 | The Call (2013) DVDRip XviD YAMX |
| 06/22/2013 | Phil Woods - Embraceable You [w big bang orchestra] |
| 06/19/2013 | Twistys.13.05.18.Aaliyah.Love.First.Time.Love.XXX.720p.MP4-KTR[rarbg] |
| 06/17/2013 | Koren.vsego.zla.2010.P.DVDRip.ELEKTRI4KA.avi |
| 06/17/2013 | { www.SceneTime.com } - South.Park.S15E05.HDTV.XviD-FEVER |
| 06/15/2013 | Game.of.Thrones.S03E08.SWESUB.720p.HDTV.XviD.AC3-Olizzz |
| 06/15/2013 | Game.of.Thrones.S03E09.720p.HDTV.x264-EVOLVE |
| 06/14/2013 | TightVNC (32 bit) |
| 06/14/2013 | SpyEx::Windows Messages 1.20 (GYU).rar |
| 06/14/2013 | Game.of.Thrones.S03E10.720p.HDTV.x264-EVOLVE |
| 06/13/2013 | Uniblue SpeedUpMyPC 2013 Build 5.3.3.0 |
| 06/13/2013 | Casa de mi Padre [2012]DVDRip.H264(BINGOWINGZ-UKB-RG) |
| 06/03/2013 | It's sarah time |
| 05/28/2013 | Lore.2012.DVDRip.SUBBED.XviD.AC3.HORiZON-ArtSubs.avi |
| 05/27/2013 | Jack Reacher (2012) |
| 05/27/2013 | Side Effects (2013) |
| 05/27/2013 | Warm Bodies (2013) |
| 05/27/2013 | The Last Stand (2013) |
| 05/26/2013 | 30.Minutes.or.Less.2011.R5.READNFO.XviD-FUSiON |
| 05/25/2013 | Patty Griffin - American Kid [2013 ALBUM] |
| 05/24/2013 | iVasco-v 1.5 V_giamma_R.ipa |
| 05/21/2013 | Rock Of Ages [2012] BDRip LiNE AC3 XViD EP1C .avi [MAX] |
| 05/21/2013 | Ashampoo Snap 6.0.4 Portable |
| 05/18/2013 | Erotic Hypnosis |
| 05/17/2013 | Ghost.Rider.Spirit.of.Vengeance.2012.720P.TS.X264.AC3-NOYK |
| 05/16/2013 | ATK Hairy Petites - Tatiana tat023 - 971 pics in 10 sets |
| 05/16/2013 | Astyplaz 2005-Name Your Slippers (synth pop) [flac] |
| 05/15/2013 | Safari_DvBRip |
| 05/15/2013 | Rylskyart.com_13.04.09.Loreen.Vlaisse.XXX.IMAGESET-FuGLi |
| 05/13/2013 | The Call (2013).LIMITED.DVDRip.XviD-GECKOS |
| 05/12/2013 | Star.Wars.Episode.III:.Revenge.of.the.Sith.3D.DvDrip[Eng]-FXG |
| 05/12/2013 | Clash of Faiths (The Paladins #2) (.PDF .MOBI .EPUB) |
| 05/10/2013 | Miley.Smiley.Pink.Playful.and.Stacked.DDFBusty.2013_iyutero.com.mp4 |
| 05/09/2013 | Ella and Momoko - Blonde Vs Brunette.mp4 |
| 05/09/2013 | Met-Art.com_13.05.04.Divina.A.Korelasi.XXX.IMAGESET-FuGLi[rarbg] |
| 05/09/2013 | WowGirls - Let Your Wings Unfold - Momoko.Zoe |
| 05/08/2013 | Met-Art.12.12.25.Lily.C.Deniz.XXX.1080p.MP4-OHRLY[rbg] |
| 05/08/2013 | Fu Manchu - Signs Of Infinite Power (2009) [EAC-FLAC] |
| 05/08/2013 | Met-Art.13.03.01.Nikia.A.Latria.XXX.1080p.MP4-YAPG[rarbg] |
| 05/08/2013 | The.Hunger.Games:.Mockingjay.Part.2.DVDRIP.XviD-ZEKTORM.mp4 |

EXHIBIT C

NIL126

| Hit Date UTC | Filename |
|---|---|
| 05/06/2013 | Met-Art.com_13.05.02.Yani.A.Limeri.XXX.IMAGESET-FuGLi[rarbg] |
| 05/06/2013 | A.Little.Help.2011.BRRip.XviD-playXD.avi |
| 05/06/2013 | Twistys.Silvia.James.Pink.On.Red.XXX.pornalized.com.avi |
| 05/06/2013 | 18OnlyGirls - An Exotic Blonde - Monroe [1080p].mp4 |
| 05/04/2013 | Met-Art.13.02.12.Milena.D.Urban.XXX.1080p.MP4-YAPG[rarbg] |
| 05/04/2013 | Milena.D.Met.Art.Urban.XXX.pornalized.com.mp4 |
| 05/04/2013 | Ane_Brun-A_Temporary_Dive-2005-PANiMA |
| 05/04/2013 | Met-Art.com_13.04.13.Milena.D.Profora.XXX.IMAGESET-FuGLi[rarbg] |
| 05/01/2013 | Iron Man 3 ( 2013 ) DVDRiP.XViD-SPRiNTER |
| 04/30/2013 | Twistys - Erin Nicole Double Your Pleasure.mov |
| 04/30/2013 | GirlsNextDoorClub.com_13.03.14.Iwia.and.Sophia.After.Party.XXX.IMAGESET-GAGBALL |
| 04/29/2013 | vMix 8.0.0.56 |
| 04/29/2013 | Goombay Dance Band |
| 04/29/2013 | X-Art.13.03.22.Capri.Clover.Enchanting.Real.Orgasms.XXX.1080p.MOV-KTR[rarbg] |
| 04/29/2013 | [AniFilm] Hyouka [DemonOFmooN and Lali] |
| 04/29/2013 | Watch4Beauty.com_13.04.07.Clover.White.Chair.XXX.iMAGESET-P4L[rarbg] |
| 04/28/2013 | Desi_girlfriend_sextape_Desisexblog.net.wmv |
| 04/28/2013 | AVErotica.com_13.03.13.Rebel.Violet.XXX.IMAGESET-GAGBALL[rarbg] |
| 04/24/2013 | Tom Piccirilli - The Last Whisper in the Dark.rar |
| 04/23/2013 | Carmen_3hd34_.mp4 |
| 04/23/2013 | The.Killing.S01E02.Der.Kaefig.GERMAN.DUBBED.WS.BDRip.XviD-TVP |
| 04/22/2013 | A Fragile Freedom.pdf |
| 04/22/2013 | Rikki Six (The Good, the Bad and the Pussy) XXX (2013) |
| 04/22/2013 | Kahaani 2012 Hindi Pre-DVDRip XviD-iRDTF |
| 04/22/2013 | The Girl With the Dragon tattoo .2012.DVDRip.XviD- PADDO |
| 04/22/2013 | ATK Hairy - Kat - kat216 - 599 pics in 5 sets |
| 04/22/2013 | Szad - I Niech Szukają Mnie Kule (2013)upload by schuldiner |
| 04/22/2013 | Звездный крейсер Галактика - Кровь и хром (Original Soundtrack) (2013) |
| 04/22/2013 | Rikki Six - Sexy Rocker Chick Gets A Mouth Full to Swallow.mp4 |
| 04/22/2013 | 186.Dollars.To.Freedom.2012.DVDRip.XviD-FARGIRENIS |
| 04/22/2013 | FemJoy.com_13.04.10.Anne.T.Let.Me.Feel.You.XXX.IMAGESET-FuGLi[rarbg] |
| 04/22/2013 | AA_2013_03_02_Emily_Hot_Cook_HD.mp4 |
| 04/22/2013 | Snitch 2012.DVDRip XviD-MAX |
| 04/22/2013 | Rikki Six - Patio Play (1024x576).mp4 |
| 04/22/2013 | Mr.Peabody.and.Sherman.R5.DVDRip.XViD.LiNE-UNiQUE.avi |
| 04/22/2013 | BigTitCreamPie Rikki Six Loves Dick On A Rainy Day [720p].mp4 |
| 04/21/2013 | Rikki Six - It's Gonna Get Hot |
| 04/21/2013 | MLB.2013.AL.2013.05.04.Minnesota.Twins.@Baltimore.Orioles(G1of3).ts |
| 04/21/2013 | Rikki Six Takes Dick From Mirko! XXX (2013) |
| 04/21/2013 | Rikki Six - New Beginnings [Pure18.com RealityKings.com] (2012) |
| 04/21/2013 | Rikki Six - This Is How Porn-Stars Suck Dick! [BlowJobFridays.comBangBros.com] (2013) |
| 04/21/2013 | Rikki Six - Perfect Blondes.mp4 |
| 04/21/2013 | Rikki.Six.Big.Juicy.Tits.Combo.To.Go.BigTitsInUniform.2013_iyutero.com.mp4 |
| 04/21/2013 | Sexy60Plus.E032.Misty.XXX.MP4-oRo |
| 04/21/2013 | Suspect by Robert Crais.zip |
| 04/19/2013 | Toto X 18 önskad i brunnen |
| 04/19/2013 | Sudigadu (2012) Telugu DVDscr www.Hamaraadda.com.mp4 |
| 04/19/2013 | ATKGalleria.13.01.03.Sunshine.Masturbation.XXX.1080p.x264-SEXORS[rbg] |

EXHIBIT C

NIL126

| Hit Date UTC | Filename |
|---|---|
| 04/19/2013 | [UF] Chihayafuru S2 - 06 HD.mp4 |
| 04/17/2013 | Sunshine.Sunshine.Funtime.Twistys.2013.HD_iyutero.com.mp4 |
| 04/17/2013 | ExclusiveTeenPorn - Girl Fucked - Anfisa [720p].wmv |
| 04/17/2013 | Twistys.com_13.02.24.Sunshine.She.Brightens.My.Day.XXX.IMAGESET-FuGLi[rarbg] |
| 04/17/2013 | DIY For Dummies -Mantesh |
| 04/17/2013 | SexArt.com_12.12.24.Tofana.A.Meeken.XXX.iMAGESET-P4L[rbg] |
| 04/16/2013 | ExclusiveTeenPorn - Hot Teen Sex - Anfisa [720p].wmv |
| 04/15/2013 | AmourAngels.Jessika |
| 04/14/2013 | [Met-Art] - 2012-09 |
| 04/10/2013 | [Met-Art] - 2012-05 Hi-Res |
| 04/09/2013 | MRL Bijou.rar |
| 04/09/2013 | Zemani Pics 2012 |
| 04/09/2013 | [Met-Art] - 2012-07 Hi-Res |
| 04/09/2013 | Olena.Languid.Session.NuDolls.2012.HD_iyutero.com.avi |
| 04/06/2013 | Head First Java 2nd edition - Orginal PDF non-scanned by ab4cd |
| 04/06/2013 | Rodney Dangerfield - It's Not Easy Being Me (HBO Special).avi |
| 04/05/2013 | YoungLegalPorn.12.03.07.Charlotte.Behind.The.Walls.Of.Passion.XXX.1080p.WMV-KTR |
| 04/05/2013 | VA_-_Future_Trance_Vol.51-2CD-2010-MOD |
| 04/05/2013 | YoungLegalPorn Charlotte Behind The Walls Of Passion XXX 1080p porn4all.wmv |
| 04/04/2013 | Promised Land (2012).DVDRip.XviD-DYNO {FR-Sub} |
| 04/04/2013 | NubileFilms.12.08.31.Melanie.Rios.Morning.Dream.XXX.1080p.MP4-KTR[rbg] |
| 04/04/2013 | Eboeken week 40 |
| 04/04/2013 | TV 3.0 |
| 04/04/2013 | Penthouse.Night.Nurses.XXX.2006.HDTV.1080p.x264.mkv |
| 04/04/2013 | Ted 2012 DVDRip XviD-iMAGiNE |
| 04/04/2013 | One Direction - Kiss You.mp3 |
| 04/04/2013 | Les Fatals Picards - Coming Out |
| 04/04/2013 | The Man with the Iron Fists.2012.720p.BluRay.x264-ESiR |
| 04/04/2013 | Met-Art.com 2005 r |
| 04/03/2013 | Lil Maya - Fucking For A Sea Trip HD 720p |
| 04/03/2013 | The Walking Dead - S03E16 - Welcome To The Tombs by YahSoft.mp4 |
| 04/02/2013 | The Walking Dead-Season 3, Episode 15 This Sorrowful Life HDTV XviD-AFG |
| 04/02/2013 | The.Walking.Dead.Season.3.Episode.16.Welcome.to.the.Tombs.XviD-DAVECOM.avi |
| 04/02/2013 | Paragon Drive Copy Professional 11 Special Edition |
| 04/02/2013 | Bob Marley - The Best Of Bob Marley ( Guitar Tabs ).pdf |
| 04/02/2013 | Audio Video Foto Bild - März 2013.rar |
| 04/02/2013 | Haven.S03E12.HDTV.x264-EVOLVE.mp4 |
| 04/02/2013 | LiLMaya.com |
| 04/02/2013 | The Walking Dead S03E15 - This Sorrowful Life by YahSoft.mp4 |
| 03/29/2013 | Melli aus Berlin l?sst sich ficken |
| 03/29/2013 | Real Peachez SITERIP XXX WMV-WLTEAM |
| 03/25/2013 | Charlotte.Lets.Try.A.Huge.One.18OnlyGirls.2012.FullHD_iyutero.com.wmv |
| 03/25/2013 | [Dance Remix] Gotye - Somebody That I Used To Know Ft. Kimbra.mp3 |
| 03/25/2013 | Grand Theft Auto V Downloader [Game Tester Edition] v1.4 |
| 03/25/2013 | WOWGirls.11.11.11.Charlotte.XXx |
| 03/24/2013 | 18XGirls - Zanna Spreads Herself Out For Cock [1080p].wmv |
| 03/23/2013 | John Lennon - 1974 - Walls And Bridges |
| 03/23/2013 | StreetBlowJobs Daisy Dylan |
| 03/22/2013 | Forsazh.5.2011.D.BDRip.avi |

EXHIBIT C

NIL126

| Hit Date UTC | Filename |
|---|---|
| 03/22/2013 | 18OG_Zanna_20110804_HungryAss.wmv |
| 03/22/2013 | Suze.11.12.07.Lexi.Belle.Virtual.Sex.XXX.720p.WMV-KTR |
| 03/21/2013 | Zanna (Teens Casting) HD 1080p |
| 03/21/2013 | TeenPornStorage Anika aka Zanna  Perfect Teen 720p.wmv |
| 03/21/2013 | Watch4Beauty.com.13.03.04.Emily.Seance.XXX.IMAGESET-PAYiSO[rarbg] |
| 03/21/2013 | FemJoy.com_13.02.27.Anne.T.Premiere.XXX.IMAGESET-GAGBALL[rarbg] |
| 03/21/2013 | SexArt.com.13.01.29.Emily.Bloom.Fraulein.XXX.iMAGESET-P4L[rarbg] |
| 03/21/2013 | HerSexDebut - Fuck That Pussy On Camera - Zanna [720p].mp4 |
| 03/21/2013 | [ www.TorrentDay.com ] - QI.S10E14.480p.HDTV.x264-mSD |
| 03/21/2013 | CentOS-6.4-i386-bin-DVD1to2 |
| 03/21/2013 | MPLStudios.com - Emily - Sudsy Surprise - Aztek Santiago - 20130303 |
| 03/21/2013 | Fringe.S04.LostFilm |
| 03/20/2013 | The.Walking.Dead.S03E14.Prey.480p.HDTV.x264-SM |
| 03/20/2013 | Raven Riley - Virtual Sex Game FSK18.rar |
| 03/20/2013 | Game.of.Thrones.S02.Season.2.COMPLETE.720p.BluRay.x264.MIKY |
| 03/20/2013 | Space.Hoppers.Miya.Rai.XXX.pornalized.com.wmv |
| 03/20/2013 | Mirror Mirror 2012.BDRip.XviD.Dual.Audio - Original |
| 03/19/2013 | Skyfall (2012) [1080p] |
| 03/19/2013 | The Green Hornet (2011) DVDRip XviD-DMT |
| 03/18/2013 | Watch4Beauty.13.01.03.Maria.No.Trouble.XXX.720p.WMV-WATCH4BEAUTY |
| 03/18/2013 | MPLStudios.com - Tara - Hot Summer Nights 3 - Alexander Fedorov - 20130225 |
| 03/18/2013 | Maria.Washer.Woman.Watch4Beauty.2013.HD_iyutero.com.wmv |
| 03/17/2013 | TeenPornStorage - Holiday Games - Melena aka Maria Ryabushkina [720p].wmv |
| 03/16/2013 | 12-29-12.rar |
| 03/16/2013 | [ www.Speed.Cd ] - The.Walking.Dead.S03E10.720p.HDTV.x264-EVOLVE |
| 03/16/2013 | The.Walking.Dead.S03E12.Clear.480p.HDTV.x264-SM |
| 03/16/2013 | Wherever I Wind Up - R.A. Dickey.pdf |
| 03/16/2013 | [ www.Torrenting.com ] - The.Walking.Dead.S03E11.720p.HDTV.x264-EVOLVE |
| 03/16/2013 | [coldhell]_Sword_Art_Online_540p_Hardsub |
| 03/16/2013 | Pix.and.Video.Amirah.Adara.XXX.pornalized.com.mpeg |
| 03/16/2013 | The Walking Dead-Season 3, Episode 10 Home HDTV x264-LOL |
| 03/16/2013 | NBA.2013.02.04.Mavs@Thunder.720p60.mkv |
| 03/16/2013 | NHL.2013.01.20.Stars@Wild.720p60.mkv |
| 03/16/2013 | peachez |
| 03/16/2013 | [ www.TorrentDay.com ] - The.Walking.Dead.S03E09.The.Suicide.King.480p.WEB-DL.x264-mSD |
| 03/16/2013 | The.Walking.Dead.S03E11.HDTV.x264-2HD |
| 03/15/2013 | ATK Hairy Galleria - Carly 064 - 3 clips 11 mini clips |
| 03/15/2013 | Portrait.Of.A.Call.Girl.(Jessie Andrews-AVN.Award) |
| 03/15/2013 | Hitman_RePack_[DangeSecond] |
| 03/15/2013 | gracie v3.rar |
| 03/15/2013 | Jessie Andrews - Teachers Fucking Students - [ThirdMovies.com] 2011.mp4 |
| 03/14/2013 | Babes - Puppy Love - Jessie Andrews.mp4 |
| 03/14/2013 | Identity Thief .2012.BDRip.XviD-GECKOS |
| 03/13/2013 | Season 3 |
| 03/12/2013 | WII.SimCity.WII.U.iso |
| 03/12/2013 | [TSDM][Inu_Ã—_Boku_SS][11][BIG5][MP4][480P][PCandPSP].mp4 |
| 03/12/2013 | Fuck.Me.Black.2.BlackMarket.DvDRip.2012_iyutero.com.avi |
| 03/11/2013 | [Torrentfrancais.com]-cougar-town-s04e09-vostfr-hdtv |
| 03/11/2013 | [ www.TorrentDay.com ] - The.Joe.Schmo.Show.S03E08.HDTV.XviD-AFG |

EXHIBIT C

NIL126

| Hit Date UTC | Filename |
| --- | --- |
| 03/11/2013 | wangxiaowu005@www.SexInSex.net@ZKDX-003 |
| 03/11/2013 | Watch4Beauty.com.13.03.02.Clover.Tail.XXX.IMAGESET-PAYiSO[rarbg] |
| 03/11/2013 | X-Art - Warm Inside - Susie, Clover [1080p].mov |
| 03/11/2013 | Emma Mae from Bet I Can Make You Cum |
| 03/11/2013 | SA - 2012-06-07 - Jessie Andrews and Logan Pierce - The Rickshaw |
| 03/07/2013 | The.X.Files.I.Want.To.Believe.2008.720p.BluRay.x264-SiNNERS |
| 02/25/2013 | Cake Queen |
| 02/25/2013 | Nubiles |
| 02/24/2013 | End.of.Watch (2012).[1080p].x264.xaudaa |
| 02/10/2013 | Digital.Sin.Dirty.Over.30.XXX.DVDRip.XviD-Jiggly |
| 01/26/2013 | Side Effects  2012 iTA-ENG_AAC BrRiP.720p x264.TrTd_TeaM |
| 01/26/2013 | XXX NINA SUCKS TOM HOT PORN FRENCH SUBTITLE XXX |
| 01/26/2013 | Cuties.3.XXX.2012.720p.WEB-DL.MP4 |
| 01/18/2013 | Little Lexie |
| 01/11/2013 | Tiffany.Like.the.First.Time.X.Art.2012.FullHD_iyutero.com.mov |
| 01/11/2013 | [X-Art] The Voyeur - Tatiana [720p] |
| 01/11/2013 | The Expendables 2 2012 DVDrip yboXD |
| 01/11/2013 | Susie.Baby.And.then.they.were.three.X.Art.2012.FullHD_iyutero.com.wmv |
| 01/11/2013 | FMA 1 al 25 |
| 01/11/2013 | X-Art - Silvie Wild At Heart (1080p) |
| 01/11/2013 | final1.avi |
| 01/11/2013 | An Idiot Abroad S03E04HDTV x264-LOL[eztv] |
| 01/11/2013 | X-Art - The Dorm (Veronica) - 1080p |
| 01/10/2013 | Pure18 - Brittney Cruise Cruise Control HD1080p |
| 01/10/2013 | [X-Art] Mutual Orgasm - Tiffany [720p] |
| 01/10/2013 | Professor Zamorra - 253 - Todesurteil fuer Zamorra 4v5 W.K..rar |
| 01/10/2013 | Tori.Torrid.Love.X.Art.2010.FullHD_iyutero.com.wmv |
| 01/10/2013 | X-Art.12.03.12.Tiffany.California.Dreams.XXX.1080p.MOV-KTR |
| 01/10/2013 | X-Art.com - Monique (Love to Fuck) |
| 01/10/2013 | To_chto_ti_delaesh_HDTVRip_[scarabey.org].avi |
| 01/10/2013 | Blood Promise - Richelle Mead_0.epub |
| 01/10/2013 | Glee S04E10 Glee, Actually HD TV x264-LOL [VTV] |
| 01/10/2013 | [Kaerizaki-Fansub] Naruto SD - Rock Lee no Seishun Full-Power Ninden 23 VOSTFR PS VITA (960x544).mp4 |
| 01/10/2013 | Herbie Hancock Man Child(jazz)(flac)[rogercc][h33t] |
| 01/10/2013 | Ram ke Naam 1992 ~ Phantom.DaX@desibbrg.com |
| 01/10/2013 | [X-Art] Sex with a Supermodel - Tiffany |
| 01/10/2013 | The Millionaire Tour 2012 HDRip XviD 4PlayHD - verified in Movies |
| 01/10/2013 | The Sweeney [Italian].DVDRip.x264 S4A |
| 01/10/2013 | [X-Art] Sex, Love and Happiness - Mia [1080p] |
| 01/10/2013 | x - art - Tatiana - The Voyeur Part 2 [1080p] |
| 01/10/2013 | X-Art - Unbelievably Beautiful - Silvie [1080p].mov |
| 01/10/2013 | Susie.Vacation.Fantasy.XArt.2012.FullHD_iyutero.com.wmv |
| 01/10/2013 | [X-Art]-Monique Love To Fuck [1080p].mov |
| 01/10/2013 | Ransom (Mel Gibson) Xvid.avi |
| 01/10/2013 | X-Art.-.Teenagers.In.Love.-.Tiffany.Thompson |
| 01/10/2013 | [ www.TorrentDay.com ] - David.Letterman.2012.11.21.Scarlett.Johansson.480p.HDTV.x264-mSD |
| 01/10/2013 | Jurassic.Park.3.2001.NTSC.DVDR-THEBULLS |
| 01/10/2013 | imparlament_20120927_hoefinghoff_juhnke_m_16_9_512x288.mp4 |

EXHIBIT C

NIL126

| Hit Date  UTC | Filename |
|---|---|
| 01/10/2013 | HND-030.avi |
| 01/10/2013 | London 2005 DVDRip x264 AAC - Waldek |
| 01/10/2013 | X-Art -Silvie (Transcendence) 720HD |
| 01/10/2013 | Simpsons 6 |
| 01/08/2013 | The Avengers LIMITED DVDRip XviD-DoNE |
| 01/08/2013 | X-Art.12.06.01.Grace.And.Samantha.Sneak.N.Peek.XXX.1080p.WMV-KTR |
| 01/07/2013 | CBSRMT.1975 |
| 01/07/2013 | X-Art - Little Lover - Angel [1080p].mov |
| 01/07/2013 | X-Art.12.11.13.Ivy.Lovers.Quarrel.XXX.1080p.MOV-KTR[rbg] |
| 01/07/2013 | X-Art.com - Connie (Lovers in Paradise) 1080p |
| 01/07/2013 | x-art - Leila - Last Night [720p] |
| 01/07/2013 | X-Art.12.09.19.Gianna.Black.Lingerie.Bliss.XXX.1080p.MOV-KTR[rbg] |
| 01/07/2013 | X-Art - Poolside Striptease - Carmen [1080p].mov |
| 01/07/2013 | X-Art - Leila Yoga In The Sky |
| 01/07/2013 | X-Art.12.08.03.Jessie.Farewell.XXX.1080p.MP4-KTR[rbg] |
| 01/07/2013 | X-Art.12.07.20.Ivy.Wet.Dream.XXX.1080p.MOV-KTR[rbg] |
| 01/07/2013 | X-Art - Slow Motion - Erica [1080p].mov |
| 01/07/2013 | X-Art.12.05.16.Connie.Romantic.Memories.XXX.1080p.MOV-KTR[rbg] |
| 01/07/2013 | ATI.rar |
| 01/07/2013 | Jessie.Andrews.Starting.Over.X.Art.2012.FullHD_iyutero.com.mp4 |
| 01/07/2013 | X-Art - Ibiza Love - Gianna [1080p].mp4 |
| 01/07/2013 | [SC-OL][To Love-Ru Darkness][03][MKV][X264_AAC][1280X720] |
| 01/07/2013 | Emperor Tomato Ketchup |
| 01/07/2013 | X-Art -  Ivy (Lunchtime Fantasy) 720 |
| 01/07/2013 | In.the.Name.of.the.King.2.Two.Worlds.2011.iso |
| 01/07/2013 | Murder She Wrote 2 - Return to Cabot Cove Setup.exe |
| 01/07/2013 | Avast free Antivirus.exe |
| 01/07/2013 | Maryjane.and.Tommy.X-Art.Young.Love.HD.720p.mov |
| 01/07/2013 | X-Art.12.09.07.Jessie.House.Of.The.Rising.Sun.XXX.1080p.MP4 |
| 01/07/2013 | Andy.Barker.P.I.S01E03.HDTV.XviD-LOL.avi |
| 01/07/2013 | X-Art - Morning Memories - Cindy [720p].wmv |
| 01/07/2013 | X-Art - True Love - Connie [1080p].mov |
| 01/07/2013 | Sam-Marie-M.-The-Ultimate-Blowjob-720p.wmv |
| 01/07/2013 | X-Art.12.07.17.Maya.Backstage.XXX.1080p.MOV-KTR |
| 01/07/2013 | X-Art - One Night Stand - Abby [1080p].mov |
| 01/07/2013 | X-Art- Grace (Breakfast in Bed ) |
| 01/07/2013 | Min morbror trollkarlen |
| 01/07/2013 | Lukla Mount Everest.rar |
| 01/07/2013 | Connie.Heart.Soul.XArt.2012.FullHD_iyutero.com.wmv |
| 01/07/2013 | Kjell Höglund-Hemlig Kärlek-vinylrip-flac |
| 01/07/2013 | A History of the World - From The 20th to The 21st Century |
| 01/07/2013 | X-Art - Holiday in Spain (Erica and Sunshine) - 720p and 1080p |
| 01/07/2013 | X-Art.13.01.04.Clover.Sweetest.Dreams.XXX.1080p.MOV-KTR[rbg] |
| 01/07/2013 | X-Art.12.11.07.Ivy.Soul.Mates.XXX.1080p.MOV-KTR[rbg] |
| 01/07/2013 | 10.000.ACDub.rmvb |
| 01/07/2013 | X-Art - Kitty - After Hours [1080p HD] - MOV |
| 01/07/2013 | mfw_christine_480p_2600.wmv |
| 01/06/2013 | X-Art - Strawberry Blonde - Avril [1080p].mov |
| 01/06/2013 | [X-Art] Fucking Perfection - Caprice [1080p] |
| 01/06/2013 | Hayden H. and Bree - Sunday Afternoon.mov |

EXHIBIT C

NIL126

| Hit Date UTC | Filename |
|---|---|
| 01/06/2013 | Angelica.Naughty.Nice.XArt.2012.FullHD_iyutero.com.mov |
| 01/06/2013 | X-Art - An Afternoon to Remember - Carmen [1080p].mov |
| 01/06/2013 | Melnitsa - Way of Dream (2003) - Folk |
| 01/06/2013 | X-Art.12.06.06.Avril.Young.And.Hot.XXX.1080p.MOV-KTR[rbg] |
| 01/06/2013 | X-Art - Coucher Avec an Autre Fille - Jessie, Anais [720p].mp4 |
| 01/06/2013 | SEENELKÄIK.ISO |
| 01/06/2013 | X-Art.11.11.28.Angie.VIP.Lounge.XXX.1080p.MOV-SEXORS |
| 01/06/2013 | angry birds space |
| 01/06/2013 | X-Art - The Rich Girl - Part Two (Abby) - 720p |
| 01/06/2013 | (eBook) Real Estate - Robert Allen - The Road To Wealth (Multiple Streams of Income).pdf |
| 01/06/2013 | X-Art - Carla, Abby (Blonde Ambition) 720p |
| 01/06/2013 | X-Art - Casual Sex - Caprice, Ivana [1080p].mov |
| 01/06/2013 | X-Art - Inside Perfection - Angelica [720p].mov |
| 01/06/2013 | 7_Seconds_PSP |
| 01/06/2013 | The Avengers DVDRip XviD - SONJA |
| 01/06/2013 | X-Art - L.A. Love - Avril [720].wmv |
| 01/05/2013 | YoungLegalPorn - The Day We Met Each Other - Grace C, Nikita [1080p].mp4 |
| 01/05/2013 | The.Karate.Kid.2.DVDRip.avi |
| 01/05/2013 | Errotica-Archives.com_12.12.06.Barbara.Apalo.XXX.IMAGESET-FuGLi[rbg] |
| 01/05/2013 | Grace Hartley, Marry Queen (2012) HD 1080p |
| 01/05/2013 | Strictly.Come.Dancing.Seasone.10.Episode.21.Series.10.Week.10.(Results).HDTV.XviD-FQM |
| 01/05/2013 | X-Art - Loving Angels - Anneli, Baby [1080p].mov |
| 01/05/2013 | SapphicErotica.12.11.30.Anneli.And.Tania.Toasting.Tryst.XXX |
| 01/05/2013 | LOTRBattleForMidEarthAsia |
| 01/05/2013 | The.Bourne.Legacy.DVDRip.HD |
| 01/05/2013 | Stunners.12.12.26.Pinky.June.My.Cup.Of.Tea.XXX.720p.WMV-KTR[rbg] |
| 01/05/2013 | Savannah.Rose.On.The.Hun.MoneyTalks.2012_iyutero.com.mp4 |
| 01/05/2013 | [Met-Art] - 2012-06 Hi-Res |
| 01/05/2013 | X-Art.12.10.01.Anneli.Miss.Perfect.XXX.1080p.MOV |
| 01/05/2013 | Anneli And Tania - Toasting Tryst HD 720p |
| 01/04/2013 | Law and Order SVU S14E06.HDTV.XviD-TOPAZ |
| 01/04/2013 | SapphicErotica.12.12.23.Anneli.And.Nataly.Sleek.Sex.Kittens.XXX.720p.MP4-KTR[rbg] |
| 01/04/2013 | The.Chase.(2009).Seasone.6.Episode.36.Series.6.Episode.36.HDTV.XviD-LOL[ettv].avi |
| 01/04/2013 | [SumiSora][Sword_Art_Online][13][GB][720p].mp4 |
| 01/04/2013 | Stunners |
| 01/04/2013 | GIGA S |
| 01/04/2013 | [www.Cpasbien.com] The.New.Normal.S01E05.FASTSUB.VOSTFR.HDTV.XviD-MiND |
| 01/04/2013 | Bella.Baby.Pinky.June.Kinky.kitchen.ClubSandy.2012.FullHD_iyutero.com.mp4 |
| 01/04/2013 | SapphicErotica.12.11.11.Iwia.And.Anneli.Erotic.Yoga.XXX.720p.x264-SEXORS[rbg] |
| 01/04/2013 | X-Art HQ Young Teen Collection |
| 01/04/2013 | namebench-1.3.1-Windows.exe |
| 01/04/2013 | SapphicErotica.12.09.30.Anneli.And.Tania.Pillow.Talk.XXX.720p.x264-SEXORS[rbg] |
| 01/04/2013 | SapphicErotica.com_12.11.29.Anneli.And.Tania.Blonde.Seductresses.XXX.IMAGESET-FuGLi[rbg] |
| 01/04/2013 | The Campaign {2012} DVDRip XviD-MAXSPEED |
| 01/04/2013 | WowGirls.com] Too Deep - Grace C [1080p].wmv |
| 01/01/2013 | BRAZZERS Cock n Roll Thanksgiving 19-11-12 SILVERDUST |
| 01/01/2013 | Ted 2012 New Source TS Rip (SEEDBOX) Pimp4003 |

EXHIBIT C

NIL126

| Hit Date UTC | Filename |
|---|---|
| 12/31/2012 | Ponibooru-All-Explicit |
| 12/30/2012 | Sailent.Hill.2006.x264.BDRip.(AVC) |
| 12/27/2012 | Marilyn Manson Born Villain 2011 Album LEAK |
| 12/27/2012 | Sapphic Erotica in 2008 (SDV 560 x 540 ) P1 |
| 12/26/2012 | Katrin Anal Teen Tryouts.avi |
| 12/25/2012 | Carrier Command Gaea Mission PROPER [PCDVD+Crack][Multi7 Español Castellano] |
| 12/25/2012 | [Skokoff] - SiteRip |
| 12/25/2012 | Karina |
| 12/22/2012 | Nik Software Complete Collection 2012.10.19 |
| 12/22/2012 | Big League Squirters 6 |
| 12/22/2012 | Zvezdu i mistika.(11.vupysk).(01.10.2012).XviD.SATRip.by.Shuriman.avi |
| 12/22/2012 | Dalriada - 2 Albums (2011-2012) FLAC |
| 12/21/2012 | Brasileirinhas--Show De Bola.avi |
| 12/18/2012 | WowGirls - Dildo Addict - Jasmin [1080p].mp4 |
| 12/18/2012 | WowGirls - Refreshing My Hot Body - Guerlain [1080p].mp4 |
| 12/18/2012 | 18OnlyGirls.12.11.11.Jasmin.Sultry.Jasmin.XXX.1080p.x264-SEXORS[rbg] |
| 12/17/2012 | georgie v4.rar |
| 12/17/2012 | C.C.Catch - Catch The Hits [2005] by ace1978 |
| 12/17/2012 | Ninja.Cheerleaders.2008.STV.DVDRiP.XviD-iNTiMiD |
| 12/17/2012 | YoungLegalPorn - A Special Gift - Jasmin [1080p].mp4 |
| 12/17/2012 | WowGirls - Mama Mia - Zoe, Momoko, Ella [1080p].wmv |
| 12/17/2012 | 18onlyGirls - Petite Blondie - Monroe [1080p].mp4 |
| 12/17/2012 | WowGirls Viagra  Sasha, Gloria, Jasmin |
| 12/17/2012 | Guerlain.A.Perfect.Beauty.Younglegalporn.2012.FullHD_iyutero.com.mp4 |
| 12/17/2012 | The Dirty scout  - Blonde Sindy Lange.mp4 |
| 12/17/2012 | YoungLegalPorn.12.12.04.Jasmin.Toy.Hungry.XXX.1080p.x264-SEXORS[rbg] |
| 12/17/2012 | [DHR][Jormungand -Perfect Order-][20][BIG5][480P][AVC_AAC].mp4 |
| 12/17/2012 | YoungLegalPorn.12.09.23.Guerlain.A.Perfect.Beauty.XXX.1080p.MP4-KTR[rbg] |
| 12/17/2012 | Jasmin.Kinky.Brunette.YoungLegalPorn.2012.FullHD_iyutero.com.wmv |
| 12/17/2012 | 18OnlyGirls - Pink Like My Pussy - Jasmin [1080p].mp4 |
| 12/17/2012 | WowGirls - Madam Fashion - Jasmin [1080p].wmv |
| 12/17/2012 | Norman.2010.DVDRip.XviD-aAF[rbg] |
| 12/17/2012 | WowGirls - Lesbian Workout - Gloria, Jasmin [1080p].wmv |
| 12/17/2012 | [  ]     37.mp4 |
| 12/17/2012 | TeenPornStorage - Sweet Kitty - Rima [720p].avi |
| 12/17/2012 | 18OnlyGirls.12.10.08.Guerlain.A.True.Story.XXX.1080p.x264-SEXORS[rbg] |
| 12/17/2012 | Tower Heist[2011]DvDrip[Eng]-FXG |
| 12/16/2012 | YoungLegalPorn.12.08.16.Monroe.Morning.Fantasies.XXX.1080p.MP4-KTR[rbg] |
| 12/16/2012 | Microsoft Office Home and Business 2010 WORKS |
| 12/16/2012 | Arctic.Air.S01.E09.E10.720p.x264.TWG |
| 12/16/2012 | Drop.Dead.Diva.S04E10.HDTV.XviD-AFG |
| 12/16/2012 | 18OnlyGirls - Young Innocent Blondie - Monroe [1080p].mp4 |
| 12/16/2012 | Borderlands 2 Multiplayer Mode [Crack] |
| 12/16/2012 | 18OnlyGirls.12.11.25.Monroe.Discovering.A.New.World.XXX.1080p.x264-SEXORS[rbg] |
| 12/16/2012 | YoungLegalPorn.12.11.28.Monroe.Innocent.And.Charming.XXX.1080p.x264 |
| 12/16/2012 | YoungLegalPorn I Do It Everywhere  Monroe |
| 12/16/2012 | WowGirls - Blondie Belly Dancer - Monroe [1080p].mp4 |
| 12/15/2012 | Lockout 2012 - Telesync XviD-INSPiRAL |
| 12/14/2012 | TeenPornStorage  Yummy Teen  Melena |
| 12/14/2012 | Watch4Beauty Maria Girl Spitting 720p.wmv |

EXHIBIT C

NIL126

| Hit Date UTC | Filename |
|---|---|
| 12/14/2012 | TeenPornStorage - Best Teen Pussy - Melena [720p].wmv |
| 12/14/2012 | Family Guy S010E19 HDTV Nl subs DutchReleaseTeam |
| 12/14/2012 | [ www.TorrentDay.com ] - The.Middle.S03E14.HDTV.XviD-2HD |
| 12/14/2012 | ATKGalleria.12.10.01.Melena.Toys.XXX.1080p.x264-SEXORS[rbg] |
| 12/13/2012 | White Collar - S02E10 - Burkes Seven.avi |
| 12/13/2012 | [　] 　- [Horikawa Gorou] Sensei.zip |
| 12/13/2012 | Met-Art.com_12.12.07.Melena.A.Lazos.XXX.iMAGESET-YAPG[rbg] |
| 12/13/2012 | Snagit 11 Cracked (Working %100).rar |
| 12/13/2012 | Looper 2012 TS XviD AC3-ADTRG |
| 12/13/2012 | Friday.Night.Lights.S03E10.HDTV.XviD-2HD |
| 12/13/2012 | Pitbull - Rain Over Me ft. Marc Anthony - YouTube.mp3 |
| 12/13/2012 | TeenPornStorage - Teen Orgasm - Melena [720p].wmv |
| 12/13/2012 | Black Swan 2010 DVDRip Xvid LKRG |
| 12/13/2012 | The Hunger Games (2012)dvdscr XviD AC3 - iLLUSiON _813 |
| 12/13/2012 | Torchwood.3x02.Figli.Della.Terra.Giorno.Due.ITA-ENG.720p.BDMux.h264-DarkSideMux.mkv |
| 12/13/2012 | The Adventures of Tintin (2012) DVD-Rip |
| 12/12/2012 | Private.Practice.S05E11.hdtv.subtitulada.spa.sc.avi |
| 12/12/2012 | SexArt.com_12.12.03.Paulette.A.Sensitive.XXX.IMAGESET-FuGLi[rbg] |
| 12/12/2012 | This Means War (2012) DVD-Rip |
| 12/12/2012 | Four Two Ka One 2012 HINDI XViD |
| 12/12/2012 | Nubiles Candice Love Beautiful Boobs 720p.wmv |
| 12/12/2012 | MPL Elisa |
| 12/12/2012 | X-Art.12.09.17.Silvie.And.Kaylee.Underwater.Lover.XXX.1080p.MOV-KTR[rbg] |
| 12/12/2012 | KarupsPC.12.08.28.Candice.Luca.Solo.3.XXX.720p.MP4-KTR[rbg] |
| 12/12/2012 | The Perfect Storm (2000) [DVDRip].via |
| 12/12/2012 | Kaylee.Still.With.Me.XArt.2012.FullHD_iyutero.com.wmv |
| 12/11/2012 | Criminal.Minds.S08E02.The.Pact.HDTV.XviD-LOL[ettv] |
| 12/11/2012 | The.Exes.S02E10.HDTV.x264-LOL.[VTV].mp4 |
| 12/11/2012 | Nubiles.12.09.14.Candice.Love.Her.Favorite.Toys.XXX.720p.WMV-KTR[rbg] |
| 12/11/2012 | Nubiles.12.09.16.Candice.Love.Office.Playtime.Break.XXX.720p.WMV-SEXORS[rbg] |
| 12/11/2012 | Kaylee.First.Love.X.Art.2012.FullHD_iyutero.com.mov |
| 12/11/2012 | Damages 212.mp4 |
| 12/11/2012 | Nubiles.12.09.18.Candice.Love.Spread.On.The.Couch.XXX.720p.WMV-SEXORS[rbg] |
| 12/11/2012 | Wrath of the Titans (2012) DvDrip XviD-AVI |
| 12/11/2012 | Kaylee.Waterfall.Emotions.XArt.2012.FullHD_iyutero.com.wmv |
| 12/11/2012 | MC-Nudes.12.07.26.Kaylee.Into.The.Wild.Blue.XXX.720p.DIVX-KTR[rbg] |
| 12/11/2012 | TheLifeErotic Angelina Magazine |
| 12/11/2012 | X-Art - Russian Invasion - Grace, Linsay, Nastia [720p].mov |
| 12/11/2012 | X-Art - Leila and Kaylee - Tropical Affair |
| 12/11/2012 | Magic Mike 2012 BRRip XviD-Apa |
| 12/11/2012 | 16.09.2012 Seattle at Texas.mkv |
| 12/11/2012 | 2.Guns.DVDRip.XviD-AXXP.avi |
| 12/11/2012 | [DHRandDMG][Tari Tari][12][720P][AVC_Hi10P_AAC][MKV] |
| 12/08/2012 | Seeking a Friend for the End of the World (2012).DVDRip.XviD.AC3-playXD |
| 12/08/2012 | Counter Strike Source 2011 v.1.0.0.64 OrangeBox.exe |
| 12/08/2012 | Parks.and.Recreation.S02E01.HDTV.XviD-2HD |
| 12/08/2012 | Skrillex - First of the Year |
| 12/08/2012 | How.to.Rock.S01E25.How.To.Rock.Christmas.HDTV.XviD-FQM.avi |
| 12/08/2012 | Alan_Moores_Writing_for_Comics_231.cbr |

EXHIBIT C

NIL126

| Hit Date  UTC | Filename |
|---|---|
| 12/07/2012 | Naruto Shippuden Episode 164 |
| 12/07/2012 | Sasha.Grey.Cock.Star.XXX.DVDRip.XviD-Jiggly |
| 12/07/2012 | Водолазное дело России.pdf |
| 12/07/2012 | 18OnlyGirls.12.08.11.Stephanie.Me.And.My.Hard.Toy.XXX.1080p.MP4-KTR[rbg] |
| 12/07/2012 | dvdfab-blu-ray-to-dvd-converter-8.1.1.2 |
| 12/07/2012 | Body_Of_Proof_2011_-_2012_s01_-_s02_rus[1canal_+_ĐĐµĐ²Ñ„Đ¸Đ»ÑŒĐ¼_Russia]DD5.1_x264_Nikolai.Baranov_WEB-DL.AVC |
| 12/07/2012 | 18OnlyGirls.12.11.05.Stephanie.Deep.Passion.XXX.1080p.x264-SEXORS[rbg] |
| 12/06/2012 | Сладкий сон [Lossless] |
| 12/06/2012 | A Thousand Words 2012 BRRip XviD AC3-JEBT |
| 12/06/2012 | Scribblenauts.Unlimited-SKIDROW |
| 12/06/2012 | Adobe Premiere Elements 11.0 Multilingual (32 bit) [ChingLiu] |
| 12/06/2012 | Resident Evil 5 DVDRIP XviD-READNFO-S4A [SEEDPEER] |
| 12/06/2012 | 720p |
| 12/06/2012 | Get The Gringo (2012) R5 DvdRip Avi 5.1  Nr 2 by ErikB.NL |
| 12/06/2012 | My.Future.Boyfriend.2011.DVDRip.1400MB.avi |
| 12/06/2012 | Stephanie.Fruity.Chick.WowGirls.2012_iyutero.com.mp4 |
| 12/06/2012 | 18Onlygirls - Fingering Addicts - Paloma, Stephanie [720p].mp4 |
| 12/06/2012 | Jessica Lo and Hanna.wmv |
| 12/06/2012 | Kuhnya_2012.mgt |
| 12/06/2012 | Stephanie.In.Chains.Of.Love.WowGirls.2012_iyutero.com.mp4 |
| 12/06/2012 | 18OnlyGirls-Melanie B, Stephanie - Sharing Our Best Toy 21.11.2012 (2012) HDTV |
| 12/06/2012 | WowGirls  Exotic Nymphos  Caprice, Paloma, Stephanie |
| 12/06/2012 | 18OnlyGirls - Lesbo Queens - Melanie B, Stephanie [1080p].mp4 |
| 12/06/2012 | WowGirls - Stretch My Kitty - Caprice, Stephanie [1080p].mp4 |
| 12/06/2012 | 18OnlyGirls.12.11.23.Stephanie.Slide.It.In.My.Pussy.XXX.1080p.x264-SEXORS[rbg] |
| 12/06/2012 | WowGirls - 2012-10-27 - Stephanie - Cock Starved Stranger [1080p HD] |
| 12/05/2012 | WowGirls  Introduce Your Pussy To Me  Gloria, Stephanie |
| 12/05/2012 | Ace Ventura 2 - When Nature Calls DivX.avi |
| 12/05/2012 | AMV-cardcaptor sakura-let it rain2.wmv |
| 12/05/2012 | WowGirls - Horny Visagiste - Melanie B, Stephanie [720p].mp4 |
| 12/05/2012 | Merlin - Temp.4 [HDTV][Cap.405][Spanish] |
| 12/05/2012 | WWE.Survivor.Series.18th.Nov.2012.PDTV.x264-Sir.Paul.mp4 |
| 12/05/2012 | WowGirls |
| 12/05/2012 | CLOCK DVA-ADVANTAGE[incl 12inch breakdown]+++++GHOST SEEDER+++++borsnark |
| 12/05/2012 | WowGirls  Stephanie mp4 |
| 12/05/2012 | Bloody.Tie.FRENCH.DVDRIP.REPACK.1CD.XVID-SYR.Torrent.avi |
| 12/05/2012 | WowGirls - Flexi Skinny - Stephanie [1080p].mp4 |
| 12/05/2012 | WowGirls Stephanie In Chains Of Love 720p.mp4 |
| 12/04/2012 | Revenge.S02E05.HDTV.x264-LOL- 4pm.scR |
| 12/04/2012 | Resident Evil Operation Raccoon City Keygen_ _October-FLT-2012-.rar |
| 12/04/2012 | Advanced SystemCare Pro 6.0.8.170 Multilanguage + Serial [FUGITIVE].rar |
| 12/04/2012 | Legioner.1998.x264.BDRip.720p.mkv |
| 12/04/2012 | BangBrosRemastered Girl Tries A Big Dick  Jackie |
| 12/04/2012 | XDK |
| 12/03/2012 | ATKGalleria.12.10.25.Melody.Jordan.Masturbation.XXX.1080p.x264-SEXORS[rbg] |
| 12/03/2012 | ATKGalleria.12.11.12.Melody.Jordan.Action.Anal.XXX.1080p.x264-SEXORS[rbg] |
| 12/03/2012 | Good.wife.S03.Xvid.HDTVRip.Tri.tsveta |
| 12/03/2012 | ATKGalleria.12.11.15.Melody.Jordan.Action.XXX.1080p.x264-SEXORS[rbg] |

EXHIBIT C

NIL126

| Hit Date  UTC | Filename |
|---|---|
| 12/03/2012 | The Pirates! Band Of Misfits 2012 nordic audio swe audio 720p .mkv |
| 12/03/2012 | Man On A Ledge 2012 720p DTS HighCode-PublicHD |
| 11/26/2012 | Room 237 2012 BDRIP LiNE XviD |
| 11/26/2012 | Harry.Potter.And.The.Order.Of.The.Phoenix.2007.BluRay.720p.H264 |
| 11/19/2012 | TeenPornStorage  Teen Cuties  Lisa, Dana |
| 11/19/2012 | Alexia Sky Monster Mac Attack [Monsters Of Cock] [GiD].avi |
| 11/18/2012 | [WhyNot] Natsuyuki Rendezvous - 02 [3AB44D47].mkv |
| 11/18/2012 | Jizz on my Jugs  3 |
| 11/18/2012 | ЛЧ . 2 тур . Зенит - Милан |
| 11/18/2012 | TheGangbangClub.12.03.15.Cheryl.And.Kirsty.K.XXX.WMV-OHRLY[rbg] |
| 11/18/2012 | Nubiles A |
| 11/18/2012 | Met-Art.com_12.10.17.Dariya.A.Imago.XXX.iMAGESET-P4L[rbg] |
| 11/18/2012 | [   ][    ][720p][  ][    ][ 7 ].mp4 |
| 11/18/2012 | Dial M For Murder 3D (2012) Half-SBS QHD for 3DTV - EVO 3D.mp4 |
| 11/18/2012 | Megahits.2012.Die.Erste-VA.2011.MP3.216-266kbps - SMG |
| 11/18/2012 | arPix_Pro_for_Windows_Operating_System_Full |
| 11/18/2012 | ScaryBigDicks  Alexia Sky |

EXHIBIT C

NIL126