AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OF DETERMINATION OF AN ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action appeal has been filed on the following copyright(s):

| [ X ] ACTION  [ ] APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>Northern District of Illinois<br>219 South Dearborn Street, 20th Floor<br>Chicago, Illinois 60604 |
|---|---|
| DOCKET NO.<br>13cv6418 | DATE FILED<br>9/8/2013 |

| PLAINTIFF: | DEFENDANT: |
|---|---|
| Malibu Media LLC | John Doe, subscriber assigned IP address 98.228.246.179 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| SEE ATTACHED | | |
| | | |
| | | |
| | | |
| | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| | | |

In the above-entitled case, a final decision was reached on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court attached.

| COPY ATTACHED<br>[ ] Other  [ ] Judgment | WRITTEN OPINION ATTACHED [ ] Yes [ ] No | DATE RENDERED |
|---|---|---|

| CLERK<br>Thomas G. Bruton | (BY) DEPUTY CLERK<br>Nick Fanelle | DATE<br>9/10/13 |
|---|---|---|

Copyrights-In-Suit for IP Address 98.228.246.179

**ISP:** Comcast Cable
**Location:** **Schaumburg, IL**

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| **After Hours** | **PA0001780461** | **11/21/2011** | **03/10/2012** | **01/07/2013** |
| **Black Lingerie Bliss** | **PA0001806468** | **09/19/2012** | **09/19/2012** | **01/07/2013** |
| **Blonde Ambition** | **PA0001779796** | **03/05/2012** | **03/06/2012** | **01/06/2013** |
| **Breakfast in Bed** | **PA0001787253** | **04/16/2012** | **04/17/2012** | **01/07/2013** |
| **California Dreams** | **PA0001780564** | **03/12/2012** | **03/12/2012** | **01/10/2013** |
| **Carmen An Afternoon to Remember** | **PA0001775902** | **02/13/2012** | **02/17/2012** | **01/06/2013** |
| **Coucher Avec une Autre Fille** | **PA0001801715** | **08/13/2012** | **08/14/2012** | **01/06/2013** |
| **Daydream** | **PA0001810455** | **10/15/2012** | **10/15/2012** | **07/24/2013** |
| **Enchanting Real Orgasms** | **PA0001833295** | **03/22/2013** | **04/01/2013** | **04/29/2013** |
| **Farewell** | **PA0001800473** | **08/03/2012** | **08/07/2012** | **01/07/2013** |
| **Heart and Soul** | **PA0001815353** | **11/24/2012** | **11/30/2012** | **01/07/2013** |
| **Holiday in Spain** | **PA0001780466** | **10/21/2011** | **03/10/2012** | **01/07/2013** |
| **House of the Rising Sun** | **PA0001806475** | **09/07/2012** | **09/19/2012** | **01/07/2013** |
| **Leila Last Night** | **PA0001775906** | **02/01/2012** | **02/17/2012** | **01/07/2013** |
| **Like The First Time** | **PA0001778844** | **02/29/2012** | **02/29/2012** | **01/10/2013** |
| **Little Lover** | **PA0001794976** | **04/30/2012** | **05/02/2012** | **01/06/2013** |
| **Lovers Quarrel** | **PA0001814247** | **11/13/2012** | **11/28/2012** | **01/07/2013** |
| **Loving Angels** | **PA0001817752** | **11/30/2012** | **12/17/2012** | **01/04/2013** |
| **Lunchtime Fantasy** | **PA0001781702** | **03/19/2012** | **03/19/2012** | **01/07/2013** |
| **MaryJane Young Love** | **PA0001762404** | **08/15/2011** | **11/23/2011** | **01/07/2013** |
| **Miss Perfect** | **PA0001809284** | **10/01/2012** | **10/07/2012** | **01/05/2013** |
| **Mutual Orgasm** | **PA0001783357** | **03/09/2011** | **03/25/2012** | **01/10/2013** |
| **Naughty and Nice** | **PA0001819290** | **12/25/2012** | **12/31/2012** | **01/06/2013** |
| **One Night Stand** | **PA0001794973** | **05/02/2012** | **05/02/2012** | **01/06/2013** |
| **Romantic Memories** | **PA0001790375** | **05/16/2012** | **05/16/2012** | **01/07/2013** |
| **Sneak N Peek** | **PA0001791522** | **06/01/2012** | **06/01/2012** | **01/08/2013** |
| **Soul Mates** | **PA0001813361** | **11/07/2012** | **11/19/2012** | **01/07/2013** |
| **Starting Over** | **PA0001803663** | **08/27/2012** | **09/10/2012** | **01/07/2013** |
| **Strawberry Blonde** | **PA0001794450** | **06/22/2012** | **06/25/2012** | **01/06/2013** |
| **Sunday Afternoon** | **PA0001800353** | **07/06/2012** | **07/11/2012** | **01/06/2013** |
| **The Rich Girl Part #2** | **PA0001762808** | **11/16/2011** | **11/30/2011** | **01/06/2013** |
| **Then They Were Three** | **PA0001817761** | **12/09/2012** | **12/16/2012** | **01/10/2013** |
| **Transcendence** | **PA0001799577** | **07/30/2012** | **07/31/2012** | **01/10/2013** |
| **Unbelievably Beautiful** | **PA0001805315** | **08/24/2012** | **09/10/2012** | **01/10/2013** |
| **Vacation Fantasy** | **PA0001814250** | **11/10/2012** | **11/28/2012** | **01/10/2013** |
| **Warm Inside** | **PA0001820856** | **01/11/2013** | **01/13/2013** | **03/10/2013** |
| **Wet Dream** | **PA0001800357** | **07/20/2012** | **07/20/2012** | **01/07/2013** |
| **Wild at Heart** | **PA0001785969** | **04/08/2012** | **04/09/2012** | **01/11/2013** |
| **Young and Hot** | **PA0001794969** | **06/06/2012** | **06/08/2012** | **01/06/2013** |

EXHIBIT B

NIL126