IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>JOHN DOE, subscriber assigned IP address 98.228.246.179,<br><br>        Defendant. | Civil Action No. 1:13-cv-06418<br>Judge Sharon Johnson Coleman |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 98.228.246.179. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: December 5, 2013

                                                                        Respectfully submitted,

                                                                        By:    /s/ *Mary K. Schulz*
                                                                        Mary K. Schulz
                                                                        Schulz Law, P.C.
                                                                        1144 E. State Street, Suite A260
                                                                        Geneva, IL 60134
                                                                        Phone: 224-535-9510
                                                                        Email: SchulzLaw@me.com
                                                                        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on December 5, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                             By: /s/ *Mary K. Schulz*
                                             Mary K. Schulz